**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 1:24-cv-22431-RKA

NIGEL FRANK DE LA TORRE PARDO,

    Plaintiff,

v.

RK OIL, INC.,

    Defendants.

_____/

**JOINT NOTICE OF SETTLEMENT**

    Plaintiff, NIGEL FRANK DE LA TORRE PARDO, and Defendant, RK OIL, INC. hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The parties will file a Stipulation dismissing this Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than twenty (20) days from the date of this Notice. Accordingly, the Parties, respectfully request that the Court vacate all currently set dates and deadlines in the case.

Respectfully submitted this July 23, 2024.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Edward Samuel Polk* |
| ANTHONY J. PEREZ, ESQ. | EDWARD S. POLK, ESQ. |
| Florida Bar No.: 535451 | Florida Bar No.: 239860 |
| ANTHONY J. PEREZ LAW GROUP, PLLC | COLE, SCOTT & K, P.A. |
| 7950 W. Flagler Street, Suite 104 | 9150 South Dadeland Blvd., Suite 1400 |
| Miami, Florida 33144 | Miami, FL 33156 |
| Telephone: (786) 361-9909 | Telephone: (305) 350-5338 |
| Email:  ajp@ajperezlawgroup.com | Email: edward.polk@csklegal.co |
| *Attorney for Plaintiff* | *Counsel for Defendant* |

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. I further certify a copy of the foregoing was sent by CM/ECF to all counsel of record on this July 23, 2024.

    Respectfully submitted,

    **ANTHONY J. PEREZ LAW GROUP, PLLC**
    *Attorneys for Plaintiff*
    7950 W. Flagler Street, Suite 104
    Miami, Florida 33144
    Telephone: (786) 361-9909
    Facsimile: (786) 687-0445
    Primary E-Mail: ajp@ajperezlawgroup.com
    Secondary E-Mails: jr@ajperezlawgroup.com

    By: ___/s/ Anthony J. Perez_____
        ANTHONY J. PEREZ