**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO.: 1:24-cv-22431-RKA

NIGEL FRANK DE LA TORRE PARDO,

    Plaintiff,

v.

RK OIL, INC.,

    Defendants.

_____/

**<u>JOINT STIPULATION OF FINAL DISMISSAL WITH PREJUDICE</u>**

Plaintiff, NIGEL FRANK DE LA TORRE PARDO, ("Plaintiff"), and Defendant, RK OIL, INC. ("Defendant"), by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby STIPULATE AND AGREE that this matter has been settled and to the immediate dismissal of this action with prejudice, with each party to bear its own attorney's fees and costs except as indicated in the settlement agreement.

STIPULATED AND AGREED by Counsel for the Parties on the dates below written.

Respectfully submitted on July 29, 2024.

| | |
|---|---|
| /s/ *Anthony J. Perez* | /s/ *Edward Samuel Polk* |
| ANTHONY J. PEREZ, ESQ. | EDWARD S. POLK, ESQ. |
| Florida Bar No.: 535451 | Florida Bar No.: 239860 |
| ANTHONY J. PEREZ LAW GROUP, PLLC | COLE, SCOTT & K, P.A. |
| 7950 W. Flagler Street, Suite 104 | 9150 South Dadeland Blvd., Suite 1400 |
| Miami, Florida 33144 | Miami, FL 33156 |
| Telephone: (786) 361-9909 | Telephone: (305) 350-5338 |
| Email: ajp@ajperezlawgroup.com | Email: edward.polk@csklegal.co |
| *Attorney for Plaintiff* | *Counsel for Defendant* |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via the Court's electronic filing system upon all parties of record on July 29, 2024.

**ANTHONY J. PEREZ LAW GROUP, PLLC**
7950 W. Flagler Street, Suite 104
Miami, Florida 33144
Telephone: (786) 361-9909
Facsimile: (786) 687-0445
Primary E-Mail: ajp@ajperezlawgroup.com
*Counsel for Plaintiff*

/s/ *Anthony J. Perez*
ANTHONY J. PEREZ, ESQ.