UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 24-cv-22431-ALTMAN/Sanchez

**NIGEL FRANK DE LA TORRE PARDO**,

 *Plaintiff*,

*v.*

**RK OIL, INC.**,

 *Defendant*.

_____/

## ORDER OF DISMISSAL WITH PREJUDICE

 The parties have filed a Joint Stipulation of Final Dismissal with Prejudice [ECF No. 15] in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Being fully advised, the Court hereby **ORDERS and ADJUDGES** that this matter is **DISMISSED with prejudice**. Each party shall bear its own fees and costs. This case remains **CLOSED**. All pending deadlines and hearings remain **TERMINATED**, and any pending motions remain **DENIED AS MOOT**.

 **DONE AND ORDERED** in the Southern District of Florida on July 31, 2024.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record